CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 15 2006

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REV. PIERRE A. RENOIR,  )  | |
|     Plaintiff,   ) | Civil Action No. 7:06cv00474 |
| )  | |
| v.   )  | **FINAL ORDER** |
| )  | |
| )  | |
| LT. MULLINS, <u>et al.</u>,   )  | By: Samuel G. Wilson |
|     Defendants.   )  | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Renoir's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED** as **MOOT**; and this case will be **STRICKEN** from the active docket of the court.[1]

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to plaintiff.

ENTER: This August 14, 2006.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that although Renoir filed a blank notice of appeal with his complaint, as the court had not yet rendered any judgment at the time the notice was received nor has Renoir had opportunity to review this court's instant Memorandum Opinion and Final Order, the court will construe his premature notice as merely additional evidence submitted with his complaint. Renoir is hereby advised that if he desires to appeal this court's decision he must file a notice of appeal within 30 days of the entry of this Final Order.